MARY'S OPINION HEADING 



 NO. 12-09-00257-CR


IN THE COURT OF APPEALS


TWELFTH COURT OF APPEALS DISTRICT


TYLER, TEXAS

LARRY RANDALL WOODS, § APPEAL FROM THE 124TH

APPELLANT


V. § JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE § GREGG COUNTY, TEXAS

 

MEMORANDUM OPINION

PER CURIAM

 Appellant was pleaded guilty to felony driving while intoxicated, and the trial court
assessed punishment at imprisonment for eight years. We have received the trial court's
certification showing that Appellant waived his right to appeal. See Tex. R. App. P. 25.2(d). The
certification is signed by Appellant and his counsel. Accordingly, the appeal is dismissed for
want of jurisdiction.

Opinion delivered October 14, 2009.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.








(DO NOT PUBLISH)